EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Robert W. Odasz | 2019 TSPR 121<br><br>202 DPR ____ |

Número del Caso:  TS-6,622

Fecha: 3 de julio de 2019

Abogado de la parte peticionaria:

Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Robert W. Odasz                    TS-6622

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de julio de 2019.

Examinada la *Moción informando cumplimiento con los requisitos de educación continua y solicitud de reinstalación a la abogacía* presentada el 26 de junio de 2019 por el Sr. Robert W. Odasz, a tono con la *Certificación* del Programa de Educación Jurídica Continua (PEJC) emitida el 28 de junio de 2019, se autoriza su reinstalación al ejercicio de la abogacía.

Se le advierte al Lcdo. Robert W. Odasz que deberá cumplir puntualmente con los requisitos del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo